AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: <br> Mag. No. 23-00466 KJM | Date and time warrant executed: <br> April 7, 2023   09:00 AM | Copy of warrant and inventory left with: <br> NA |
| Inventory made in the presence of : <br> Homeland Security Investigations Computer Forensics Agent Dwayne Sakamoto |||
| Inventory of the property taken and name(s) of any person(s) seized: <br> Data forensically extracted from devices |||

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 22, 2024 11:18 AM
Lucy H. Carrillo, Clerk of Court

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: February 22, 2024

*Executing officer's signature*

Chandler Nacino, Task Force Officer, HSI
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. Mag. No. 23-00466 KJM
Three Digital Devices seized on March 4, 2023 )
and currently located at 349 Kapiolani Street, )
Hilo, Hawaii )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Hawaii_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 18, 2023_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
                                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 6, 2023 at 12:06 p.m.                              *[signature]*

City and state:          Honolulu, Hawaii                                        Kenneth J. Mansfield
                                                                                 United States Magistrate Judge

# ATTACHMENT A

# PROPERTY TO BE SEARCHED

The property to be searched is as follows:

(1) One Black Motorola phone with a black & gold case with unknown serial number, ("Device 1").  Device 1 was seized on March 3, 2023, by Homeland Security Investigations pursuant to a State of Hawaii search warrant 2023-051K.

(2) One Black Motorola phone with a sticker of a "Harley Quinn" cartoon character with an unknown serial number, ("Device 2").  Device 2 was seized on March 3, 2023, by Homeland Security Investigations pursuant to a State of Hawaii search warrant 2023-051K.

(3) One Black Motorola phone with beads attached to it and a surfer sticker with an unknown serial number, ("Device 3"). Device 3 was seized on March 3, 2023, by Homeland Security Investigations pursuant to search warrants, 2023-051K.

All three Digital Devices are currently secured and located in a Hawaii Police Department Evidence Room at 349 Kapiolani Street, Hilo, Hawaii.

This warrant authorizes the forensic examination of the Digital Devices for the purpose of identifying and seizing the electronically stored information described in Attachment B.

## ATTACHMENT B

## EVIDENCE TO BE SEIZED

1.   All records on the Digital Devices described in Attachment A that relate to violations of 21 U.S.C. §§ 841 and 846 involving John HAA including but not limited to:

   a.   Electronic records of telephone numbers, names, and other identifying information pertaining to incoming and outgoing calls/text messages on the Digital Devices, relating to violations of 21 U.S.C. §§ 841 and 846;

   b.   Electronic phonebook directories of the cellular phone numbers, names, and other identifying information maintained on the Digital Devices, relating to violations of 21 U.S.C. §§ 841 and 846;

   c.   Text and voice messages and other communication records electronically maintained on the Digital Devices, relating to violations of 21 U.S.C. §§ 841 and 846;

   d.   Photographs or videos maintained on the Digital Devices relating to violations of 21 U.S.C. §§ 841 and 846;

   e.   Information related to customers and related identifying information;

   f.   Information related to types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   g. Information related to sources of drugs and related identifying information;

   h. Information related to the schedule or travel of John HAA and/or sources, co-conspirators or customers of any of the foregoing; and

   i. Tracking information related to United States Postal Service parcels.

   j. Bank records, checks, credit card bills, account information, and other financial records, and related information.

  2. Evidence of user attribution showing who used or owned the Digital Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

  3. During the execution of the search of the Digital Devices described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of HAA to the fingerprint scanner of the Digital Devices; and (2) hold the Digital Devices in front of the face of HAA and activate the facial recognition feature, for the purpose of unlocking the Digital Devices in order to search the contents as authorized by this warrant.

 As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may

have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.